IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHADALE WILLIAMS,

    Plaintiff,                    No. CIV S-09-0822 MCE GGH P

    vs.

N. GRANNIS, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Because plaintiff had neither filed an forma pauperis affidavit or paid the requisite filing fee, the court provided plaintiff with an opportunity to do so. See Order, filed on April 2, 2009, citing 28 U.S.C. §§ 1914(a), 1915(a). To this date, plaintiff has not submitted either the appropriate in forma pauperis affidavit or the filing fee; however, on April 24, 2009, plaintiff filed a declaration, indicating that prior to filing the instant action plaintiff had submitted his in forma pauperis application for processing to authorities at R.J. Donovan Correctional Facility (RJD), but that they have refused to process his application.

        Under the circumstances, rather than delay this litigation further, the court will find that plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

1

1     Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: N. Grannis, D.B. Long and D. Chambers.

4. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 25, 2009.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four (4) copies of the endorsed complaint filed March 25, 2009.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States

\\\\\

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2  without payment of costs.
3  DATED: July 14, 2009                               /s/ Gregory G. Hollows

5  GGH:009
   will0822.1a                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHADALE WILLIAMS,

        Plaintiff,                    No. CIV S-0822 MCE GGH P

    vs.

N. GRANNIS, et al.,                    NOTICE OF SUBMISSION

        Defendants.                OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __3__      completed USM-285 forms

        __4__      copies of the March 25, 2009 Complaint

DATED:

_____
Plaintiff